IN THE UNITED STATES BANKRUPTCY COURT
For the DISTRICT of NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| In re:<br>Darryl I. Glover<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter: 13<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 09-22305<br>[No Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:
       HSBC BANK NEVADA, N.A.
          LEVITZ FURNITURE

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

          HSBC BANK NEVADA, N.A.
          Bass & Associates, P.C.
          3936 E. Ft. Lowell Road, Suite #200
          Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 07/29/09
Account Number: *****************6621

          Respectfully submitted,
          Bass & Associates, P.C.

          By: /s/ Patti H. Bass  (AZ 016849)
              Attorneys for Creditor
              HSBC BANK NEVADA, N.A.
              3936 E Ft Lowell Rd Suite 200
              Tucson, AZ  85712-1083
              (520) 577-1544
              ecf@bass-associates.com