

**Entered on Docket
April 30, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

___

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2
09-77974

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-09-22305-mkn |
|---|---|
| Darryl I. Glover and Ayesha L. Glover | Date: 4/14/10<br>Time: 1:30pm |
|  | Chapter 13 |
| Debtors |  |

### ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2, its assignees and/or successors in interest, of the subject property, generally described as 1513 Cliff Br. Drive, Henderson, NV 89014, and legally described as follows:

> Lot ONE HUNDRED FOURTEEN (114) in Block FOUR (4) of CANDLE CREEK UNIT NO. 1, as shown by map thereof on file in Book 39 of Plats, Page 83, in the Office of the County Recorder of Clark County, Nevada,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.**

//
//
//
//
//
//
//
//
//
//
//

1     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the subject to the Secured

2 Creditor starting all foreclosure proceeding over with a new Notice of Default.

3

4     DATED this _____ day of _____, 2010.

5 Submitted by:

6

7 WILDE & ASSOCIATES

    By: _____

8 Gregory L. Wilde, Esq.
    Attorney for Secured Creditor

9     208 South Jones Boulevard
    Las Vegas, Nevada 89107

10

11 APPROVED / DISAPPROVED

12 By:_____
    David Krieger

13     1020 Garces Ave.
    Las Vegas, NV 89101

14     Attorney for Debtor(s)

15
    Nevada Bar No:_____

16

17 ...

18

19 APPROVED / DISAPPROVED

20 By:_____
    Rick A. Yarnall

21     701 Bridger Avenue #820
    Las Vegas, NV 89101

22     Chapter 13 Trustee

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____ The court waived the requirements of LR 9021.
_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____ No parties appeared or filed written objections, and the trustee is the movant.
__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____ approved the form of this order            _____ disapproved the form of this order
_____ waived the right to review the order and/or  __x__ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order            _____ disapproved the form of this order
_____ waived the right to review the order and/or  __x__ failed to respond to the document

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
_____ approved the form of this order            _____ disapproved the form of this order
_____ waived the right to review the order and/or  _____ failed to respond to the document
_____ appeared at the hearing, waived the right to review the order
_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____ approved the form of this order            _____ disapproved the form of this order
_____ waived the right to review the order and/or  _____ failed to respond to the document

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor